No. 256. LEIMER *v.* HULSE ET AL. November 6, 1944.

No. 269. NESSELROTTE *v.* UNITED STATES. November 6, 1944.

No. 270. BLACK *v.* UNITED STATES. November 6, 1944.

No. 275. NORTH COAST TRANSPORTATION CO. ET AL. *v.* UNITED STATES ET AL. November 6, 1944.

No. 282. RAVENSCROFT *v.* CASEY ET AL. November 6, 1944.

No. 305. NOWAK *v.* ILLINOIS. November 6, 1944.

No. 311. OFFHOUSE ET AL. *v.* BOARD OF EDUCATION OF THE CITY OF PATERSON. November 6, 1944.

No. 330. ILLINOIS EX REL. RECONSTRUCTION FINANCE CORPORATION ET AL. *v.* BOARD OF EDUCATION OF THE CITY OF CHICAGO ET AL. November 6, 1944.

No. 331. LEWIS *v.* BOARD OF EDUCATION OF THE CITY OF CHICAGO ET AL. November 6, 1944.

No. 332. HUTCHINSON ET AL. *v.* BOARD OF EDUCATION OF THE CITY OF CHICAGO ET AL. November 6, 1944.